MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Brigid.Martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALEB LAVON WRIGHT, ) <br> ) <br> ) <br>    Defendant. ) <br> ) | No. CR 11-00935 SBA <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant in the above-captioned matter without prejudice. The defendant is not

//

NOTICE OF DISMISSAL
No. CR 11-00935 SBA

currently in custody.

DATED: February 4, 2013                Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney


                                       _____/s/_____
                                       MIRANDA KANE
                                       Chief, Criminal Division


**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned indictment.

DATED: _2/5/13                         _____
                                       HON. SAUNDRA B. ARMSTRONG
                                       United States District Judge

NOTICE OF DISMISSAL
No. CR 11-00935 SBA